NEW JERSEY POWER AND LIGHT COMPANY, APPELLANT-RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT-PETITIONER.

*Mr. Theodore D. Parsons, Mr. Wesley L. Lance* and *Mr. Joseph Harrison* for the petitioner.

December 14, 1953.   Granted.